

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-21-00492-CR

The **STATE** of Texas,
Appellant

v.

Michael David **SEGURA**,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 605001
Honorable Rosie S. Gonzalez, Judge Presiding

# **O R D E R**

Sitting:     Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Lori I. Valenzuela, Justice

The panel has considered the appellee's motion for rehearing, and the motion is hereby DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court